*Formatted for Electronic Distribution*                                                                                          *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **Kimberly A. Flory,**                                                                                  Chapter 13 Case
                  **Debtor.**                                                                                               # 10-10748

_____

*Appearances:*    *Lisa Penpraze, Esq.*          *Jan Sensenich, Esq.*        *Rebecca Rice, Esq.*
                      *Office of the U.S. Trustee*    *Chapter 13 Trustee*         *For the Debtor*
                      *Albany, New York*                *Norwich, Vermont*           *Rutland, Vermont*

## ORDER
### GRANTING THE U.S. TRUSTEE'S MOTION FOR CONTEMPT AND DISMISSAL WITH PREJUDICE, AND DENYING THE CHAPTER 13 TRUSTEE'S MOTION AS MOOT

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the U.S. Trustee's motion (doc. # 38) seeking an order holding the Debtor in contempt pursuant to 11 U.S.C. § 105(a), and dismissing the Debtor's case with prejudice and imposing a one-year bar on future bankruptcy filings by the Debtor, pursuant to 11 U.S.C. §§ 1307(c) and 349(a), is granted.

      IT IS FURTHER ORDERED that the Trustee's motion (doc. # 27) for turnover and modification is denied as moot.

      SO ORDERED.

February 24, 2012                                                                    Colleen A. Brown
Burlington, Vermont                                                              United States Bankruptcy Judge

Filed & Entered
On Docket
February 24, 2012